THE MANUFACTURERS AND TRADERS' BANK, Respondent, *v.* JOSEPHINE W. WINSLOW, Appellant.

(Argued April 17, 1889; decided April 23, 1889.)

APPEAL from judgment of the General Term of the Superior Court of the city of Buffalo, entered upon an order made June 16, 1886, which affirmed a judgment in favor of plaintiff, entered upon a verdict directed by the court.

*L. N. Bangs* for appellant.

*John G. Milburn* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.